# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 22 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15CR1659-GPC |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MARIO TAMAYO-ARZOLA (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal, without prejudice

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Information:

8 USC 1326(a) and (b) - Attempted Reentry of Removed Alien (Felony)

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: October 22, 2015

Karen S. Crawford
U.S. Magistrate Judge